| AO 10 Rev. 1/2012 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2011 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>DeGiusti, Timothy D. | 2. Court or Organization<br><br>U.S. District Court, Okla.(W) | 3. Date of Report<br><br>04/23/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination ☐ Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2011<br>to<br>12/31/2011 |
| 7. Chambers or Office Address<br><br>U. S. Courthouse<br>200 N. W. 4th Street<br>Oklahoma City, OK 73102 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member | Luther Bohanon American Inn of Court Executive Committee |
| 2. | Co-trustee | Trust #1A and Trust #1B (#1A and #B refer to separate accounts within the same Trust) |
| 3. | Co-trustee | Trust #2 |
| 4. | Member | Board of Directors, Federal Bar Association, Oklahoma City Chapter |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2000 | Andrews Davis Legg Bixler Milsten & Price termination agreement |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2011 | Andrews Davis Legg Bixler Milsten & Price termination payments | $588.16 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| | | |
|---|---|---|
| Name of Person Reporting | | Date of Report |
| DeGiusti, Timothy D. | | 04/23/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | Credit card | J |
| 2. | Credit card | J |
| 3. | Credit card | J |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DeGiusti, Timothy D. | 04/23/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  accounts | A | Interest | J | T | | | | | |
| 2.  | A | Interest | J | T | | | | | |
| 3.  | A | Interest | J | T | | | | | |
| 4.  College Savings Plan (Level of Risk) | | None | K | T | | | | | |
| 5.  College Savings Plan (Level of Risk) | | None | K | T | | | | | |
| 6. | | | | | | | | | |
| 7.  - IRA #1 | | | | | | | | | |
| 8.  - Capital World Growth & Income Fund A - American Funds | A | Dividend | | | Sold | 10/07/11 | J | | |
| 9.  - APA Common Stock | A | Dividend | K | T | | | | | |
| 10.  - EuroPacific Growth Fund Cl C - American Funds | | None | | | Sold | 10/07/11 | J | | |
| 11.  Money Market C1A | | None | | | Buy | 10/07/11 | J | | |
| 12.  Money Market C1A | | None | | | Sold | 12/22/11 | J | | |
| 13.  Money Market C1C | A | Dividend | J | T | Buy | 10/07/11 | J | | |
| 14. Amcap Fd C1A | | None | J | T | Buy | 12/22/11 | J | | |
| 15.  US Gov't Sec Money Market | A | Dividend | J | T | Buy | 10/07/11 | J | | |
| 16. | | | | | | | | | |
| 17.  - IRA #2 | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DeGiusti, Timothy D. | 04/23/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Capital World Growth & Income Fund A- American Funds | A | Dividend | | | Sold | 10/07/11 | K | | |
| 19. - EuroPacific Growth Fund A - American Funds | | None | | | Sold | 10/07/11 | K | | |
| 20. - New Perspective Fund A - American Funds | A | Dividend | J | T | | | | | |
| 21.     Money Market C1A | | None | J | T | Buy | 10/07/11 | K | | |
| 22.     Money Market C1A | | None | | | Sold (part) | 12/22/11 | K | | |
| 23. Amcap Fd C1A | | None | K | T | Buy | 12/22/11 | K | | |
| 24.     Money Market C | | None | K | T | Buy | 10/07/11 | K | | |
| 25.      US Gov't Sec Money Market A | A | Dividend | K | T | Buy | 10/07/11 | K | | |
| 26. | | | | | | | | | |
| 27. Trust #1A | | | | | | | | | |
| 28. -     Money Market Investment Shares | A | Dividend | K | T | | | | | |
| 29. MO - Altria | B | Dividend | K | T | | | | | |
| 30. CTL - Centurylink, Inc. | B | Dividend | K | T | | | | | |
| 31. -NYB - New York Community Bancorp | B | Dividend | J | T | | | | | |
| 32. -KMP - Kinder Morgan Energy Partners | B | Dividend | K | T | | | | | |
| 33. -LINE - Linn Energy LLC | B | Dividend | K | T | | | | | |
| 34. -OKS - ONEOK Partners LP | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DeGiusti, Timothy D. | 04/23/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | | | | | |
| 36. Trust #1B | | | | | | | | | |
| 37. -_____ Money Market Investment Shares | A | Dividend | J | T | | | | | |
| 38. | | | | | | | | | |
| 39. Trust #2 | | | | | | | | | |
| 40. -_____ Money Market Investment Shares | A | Dividend | K | T | | | | | |
| 41. - JP Morgan Chase & Co Global Bond | A | Interest | | | Matured | 02/01/11 | K | | |
| 42. - Grand River Dam Authority Rev Bond | A | Interest | J | T | | | | | |
| 43. - CVX Common Stock | A | Dividend | J | T | | | | | |
| 44. - KO Common Stock | A | Dividend | J | T | | | | | |
| 45. - COP Common Stock | A | Dividend | J | T | | | | | |
| 46. - XOM Common Stock | A | Dividend | K | T | Sold (part) | 05/17/11 | J | D | |
| 47. - GE Common Stock | A | Dividend | J | T | | | | | |
| 48. - PFE Common Stock | A | Dividend | J | T | | | | | |
| 49. - PG Common Stock | A | Dividend | J | T | | | | | |
| 50. - IBM Common Stock | A | Dividend | K | T | | | | | |
| 51. - PEP Common Stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DeGiusti, Timothy D. | 04/23/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - WMT Common Stock | A | Dividend | K | T | | | | | |
| 53. - Cash Management Trust of America n/k/a Amer Fnds Mn Mrt | A | Dividend | J | T | | | | | |
| 54. -American Mutual Fund American Funds | A | Dividend | K | T | Sold (part) | 05/17/11 | J | A | |
| 55. -American Mutual lFund American Funds | A | Dividend | K | T | Buy | 07/25/11 | K | | |
| 56. -Capital World Growth & Income Fund American Funds | A | Dividend | | | Sold | 10/07/11 | K | D | |
| 57. -Euro Pacific Growth Fund American Funds | | None | | | Sold | 10/07/11 | K | D | |
| 58. -Fundamental Investors Fund American Funds | A | Dividend | K | T | | | | | |
| 59. -Growth Fund of America American Funds | | None | | | Sold | 07/25/11 | K | D | |
| 60. -Investment Company of America Fund American Funds | A | Dividend | | | Sold | 05/17/11 | K | D | |
| 61. -New Perspective Fund American Funds | A | Dividend | K | T | | | | | |
| 62. -Washington Mutual Inv. Fund American Funds | A | Dividend | L | T | Buy | 11/11/11 | K | | |
| 63. Hartford Fin Svcs HIG PRA -Group,Inc. | B | Dividend | K | T | | | | | |
| 64. -ABT | A | Dividend | J | T | Buy | 02/14/11 | J | | |
| 65. -GPC | A | Dividend | J | T | Buy | 06/09/11 | J | | |
| 66. -PM | A | Dividend | J | T | Buy | 09/09/11 | J | | |
| 67. -RDS A | A | Dividend | J | T | Buy | 05/26/11 | J | | |
| 68. -SE | A | Dividend | J | T | Buy | 06/09/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DeGiusti, Timothy D. | 04/23/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -VTA | A | Dividend | J | T | Buy | 02/14/11 | J | | |
| 70. -IEF | A | Dividend | | | Buy | 05/17/11 | J | | |
| 71. -IEF | A | Dividend | | | Sold | 09/19/11 | J | A | |
| 72. -XLU | A | Dividend | | | Buy | 05/17/11 | J | | |
| 73. -XLU | A | Dividend | | | Sold | 08/09/11 | J | | |
| 74. -XLV | A | Dividend | | | Buy | 05/17/11 | J | | |
| 75. -XLV | A | Dividend | | | Sold | 08/09/11 | J | | |
| 76. -DIA | A | Dividend | | | Buy | 05/17/11 | J | | |
| 77. -DIA | A | Dividend | | | Sold | 08/04/11 | J | | |
| 78. -GLD | A | Dividend | | | Buy | 08/05/11 | J | | |
| 79. -GLD | | | | | Buy | 08/10/11 | J | | |
| 80. -GLD | A | Dividend | | | Sold | 08/19/11 | K | A | |
| 81. | | | | | | | | | |
| 82. ▨ IRA #1 | | | | | | | | | |
| 83. -Growth Opportunities Fund ▨ Fund | | None | | | Sold | 10/07/11 | J | | |
| 84. | | | | | | | | | |
| 85. ▨ IRA #2 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| DeGiusti, Timothy D. | 04/23/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - Growth Opportunities Fund ▓▓▓▓ Fund | | None | | | Sold | 10/07/11 | K | | |
| 87. | | | | | | | | | |
| 88. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DeGiusti, Timothy D. | 04/23/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII Investments and Trusts - Assets have been rearranged in order to facilitate review.

Part VII Investments and Trusts - Rental Property #1 was sold in 2010, I inadvertently omitted the sale on my prior report. Value received falls within Value Code G.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Timothy D. DeGiusti**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544